No. 343. MOHONK REALTY CORP. *v.* WISE SHOE STORES, INC. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration and decision of this application. *Mr. David W. Kahn* for petitioner. *Mr. Joseph M. Proskauer* for respondent.

No. 354. RITTER ET AL. *v.* MILK & ICE CREAM DRIVERS & DAIRY EMPLOYEES UNION LOCAL 336 ET AL. October 14, 1940. The motion to dispense with the printing and service of portions of the record is granted. The petition for writ of certiorari to the Supreme Court of Ohio is denied. *Messrs. Charles Auerbach* and *Ray T. Miller* for petitioners. *Mr. William J. Corrigan* for the Milk & Ice Cream Drivers & Dairy Employees Union, and *Mr. Raymond T. Jackson* for the Telling Belle-Vernon Co., respondents.